RECORDING REQUEST BY

UNITED STATES

WHEN RECORDED MAIL TO

NAME: Amanda Fowler, Paralegal

MAILING ADDRESS: U.S. Attorney's Office
227 West Trade Street
Suite 1650

CITY, STATE, ZIP CODE: Charlotte, NC 28202

SPACE ABOVE THIS LINE RESERVED FOR RECORDER'S USE

# TITLE(S)

## LIS PENDENS

<u>IN RE: REAL PROPERTY AT 27652 DUNGARVIN LANE, SAN JUAN CAPISTRANO, CALIFORNIA 92675, FURTHER DESCRIBED AS PARCEL NUMBER 675-301-09, TR 9784, LOT 100, SURFACE A.</u>

No. ~~5:09MJ~~

*3:09mc/22*

| | |
|---|---|
| 1 | EDWARD R. RYAN |
| | Acting United States Attorney |
| 2 | |
| | BENJAMIN BAIN-CREED |
| 3 | Special Assistant United States Attorney |
| | Florida Bar No. 0021436 |
| 4 | |
| |     United States Attorney's Office |
| 5 |     Western District of North Carolina |
| |     Carillon Building, Suite 1650 |
| 6 |     227 West Trade Street |
| |     Charlotte, North Carolina 28202 |
| 7 |     Telephone: (704) 344-6222 |
| |     Facsimile: (704) 344-6629 |
| 8 | |
| | Attorneys for Plaintiff |
| 9 | UNITED STATES OF AMERICA |

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF NORTH CAROLINA

STATESVILLE DIVISION

IN RE: REAL PROPERTY AT 27652 )
DUNGARVIN LANE, SAN JUAN )
CAPISTRANO, CALIFORNIA 92675, )
FURTHER DESCRIBED AS PARCEL )
NUMBER 675-301-09, TR 9784, LOT )
100, SURFACE A. )

3:09mc122
~~5:09MJ~~_____

)
) ORDER AND LIS PENDENS AS TO
) REAL PROPERTY LOCATED AT <u>27652</u>
**FILE IN GRANTOR INDEX UNDER:** ) <u>DUNGARVIN LANE, SAN JUAN</u>
) <u>CAPISTRANO, CALIFORNIA</u>
**Alan Bellanca, Jill Vierra** )
**Bellanca, Jill Bellanca,** )
**Dungarvin Residence Trust I,** )
**Dungarvin Residence Trust II.** )

WHEREAS, the United States of America, by and through Special Agent James R. Meade of the Federal Bureau of Investigation, has presented an affidavit to the Court alleging that the above-captioned property is proceeds of wire fraud conspiracy or property involved in money laundering conspiracy, such fraud or money laundering conspiracy committed in violation

of 18 U.S.C. §§ 371 or 1956, is traceable to such proceeds or involved in property, or is substitute property as set forth in 21 U.S.C. § 853(p); and,

WHEREAS, the Court, having reviewed the affidavit, finds that there is probable cause to believe that the property is proceeds of wire fraud conspiracy or property involved in money laundering conspiracy, such fraud or money laundering conspiracy committed in violation of 18 U.S.C. §§ 371 or 1956, is traceable to such proceeds or involved in property, or is substitute property as set forth in 21 U.S.C. § 853(p); and,

WHEREAS, upon this finding of probable cause, the property may be subject to forfeiture to the United States pursuant to 18 U.S.C. §§ 981 and/or 982, 28 U.S.C. § 2461(c), and/or 21 U.S.C. § 853(p), and the Government is entitled to record a lis pendens to give public notice of the Government's forfeiture interest and potential civil and/or criminal forfeiture claim against the property.

THEREFORE, the United States is directed forthwith to file this Order and Lis Pendens with the appropriate state or local public depository; and

ALL WHO READ THIS ORDER AND LIS PENDENS TAKE NOTICE that the property may be subject to forfeiture to the United States in a present or future criminal or civil in rem action before this Court, and any person who has a question as to this action should

1  refer to the docket of this Court or contact the United States
2  Attorney's Office identified above.
3
4       This the __10__ day of July, 2009.
5
6
7                                    _____
                                     Honorable David S. Cayer
8                                    UNITED STATES MAGISTRATE JUDGE
9

TO THE RECORDER OF THIS INSTRUMENT: PLEASE MAIL ANY AND ALL
RECORDED COPIES TO THE UNITED STATES ATTORNEY FOR THE WESTERN
DISTRICT OF NORTH CAROLINA AT THE ABOVE ADDRESS.

3