UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Case No. 3:09MC122

| | |
|---|---|
| IN RE: REAL PROPERTY AT 27652 DUNGARVIN LANE, SAN JUAN CAPISTRANO, CALIFORNIA 92675, FURTHER DESCRIBED AS PARCEL NUMBER 675-301-09, TR 9784, LOT 100, SURFACE A. | **ORDER UNSEALING CASE** |

UPON MOTION of the United States of America, by and through Edward R. Ryan, United States Attorney for the Western District of North Carolina, for an order directing that this case be unsealed because protecting the secrecy of an ongoing investigation is no longer necessary,

IT IS HEREBY ORDERED that this case is unsealed.

This the 22 day of April 2010.

_____
David S. Cayer
United States Magistrate Judge