```
 1  EDWARD R. RYAN
    United States Attorney
 2
    BENJAMIN BAIN-CREED
 3  Special Assistant United States Attorney
    Florida Bar No. 0021436
 4
        United States Attorney's Office
 5      Western District of North Carolina
        Carillon Building, Suite 1650
 6      227 West Trade Street
        Charlotte, North Carolina 28202
 7      Telephone:  (704) 344-6222
        Facsimile:  (704) 344-6629
 8
    Attorneys for Plaintiff
 9  UNITED STATES OF AMERICA
```

FILED
CHARLOTTE, NC
APR 22 2010
U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| IN RE: REAL PROPERTY AT 27652 DUNGARVIN LANE, SAN JUAN CAPISTRANO, CALIFORNIA 92675, FURTHER DESCRIBED AS PARCEL NUMBER 675-301-09, TR 9784, LOT 100, SURFACE A<br><br>**FILE IN GRANTOR INDEX UNDER:**<br><br>Alan Bellanca, Jill Viera Bellanca, Jill Bellanca, Dungarvin Residence Trust I, and Dungarvin Residence Trust II. | 3:09MC122<br><br>ORDER RELEASING ORDER AND LIS PENDENS AS TO REAL PROPERTY LOCATED AT 27652 DUNGARVIN LANE, SAN JUAN CAPISTRANO, CALIFORNIA. |

WHEREAS, the United States of America, by and through Special Agent James R. Meade of the Federal Bureau of Investigation, presented an affidavit to the Court alleging that the above-captioned property is proceeds of wire fraud conspiracy or property involved in money laundering conspiracy, such fraud or money laundering conspiracy committed in violation of 18 U.S.C. §§ 371 or 1956, is traceable to such proceeds or involved in property, or is substitute property as set forth in 21 U.S.C.

§ 853(p);

WHEREAS, the Court, having reviewed the affidavit, issued an Order and Lis Pendens against the above-captioned property;

WHEREAS, the United States has advised the Court that a sale of the above-captioned property is pending and Alan Bellanca intends to deliver to his defense attorney, Christopher Fialko, or to the FBI, for ultimate payment of restitution, $22,737.61 in funds generated by the sale of the above-captioned property; and

WHEREAS, the United States has advised the Court that release of the Order and Lis Pendens may enable the prospective buyer of the property to obtain financing and deliver the $22,737.61 in funds to Alan Bellanca, care of Mr. Fialko, or to the FBI;

THEREFORE, the United States is directed forthwith to file this Order and Lis Pendens with the appropriate state or local public depository; and

ALL WHO READ THIS ORDER RELEASING ORDER AND LIS PENDENS TAKE NOTICE that the Order and Lis Pendens filed at Orange County Clerk-Recorder Instrument Number 2009000375908 is hereby released.

This the 22 day of April, 2010.

Honorable David S. Cayer
UNITED STATES MAGISTRATE JUDGE

TO THE RECORDER OF THIS INSTRUMENT: PLEASE MAIL ANY AND ALL RECORDED COPIES TO THE UNITED STATES ATTORNEY FOR THE WESTERN DISTRICT OF NORTH CAROLINA AT THE ABOVE ADDRESS.